**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-1464

Nathaniel Moore,                                   *
                                                   *
            Appellant,                             *
                                                   *    Appeal from the United States
      v.                                           *    District Court for the Eastern
                                                   *    District of Missouri.
David & Sons, a Division of Sunmark,               *
Inc.,                                              *          [UNPUBLISHED]
                                                   *
            Appellee.                              *

_____

Submitted: September 9, 1997
    Filed:   September 23, 1997

_____

Before BOWMAN, JOHN R. GIBSON, and MORRIS SHEPPARD ARNOLD,
    Circuit Judges.

_____

PER CURIAM.

The District Court,[1] having determined that the plaintiff in this Title VII suit, Nathaniel Moore, had failed to create a genuine issue of material fact on the question of whether his employer's legitimate, nondiscriminatory articulated reasons for discharging Moore were pretextual, granted summary judgment in favor of the employer, David & Sons. Moore appeals. We have considered carefully all of Moore's

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

arguments and conclude that the District Court's determination was correct.  Because the case requires only the application of well-settled legal principles, we forego extended discussion.

The judgment of the District Court is AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-